UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JIMMY GASINGA, A209334843 , | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 2:26-cv-00354-SDN |
| | ) | |
| PATRICIA H HYDE, et al. | ) | |
| | ) | |
| Respondent(s) | ) | |

JUDGMENT

Pursuant to the Order entered by U.S. District Judge Stacey D. Neumann, on July 10, 2026;

The Petition for Writ of Habeas Corpus is Dismissed.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: July 10, 2026